UNITED STATES BANKRUPTCY COURT
*for the*
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> KAMLA WATI SINGH <br><br> Debtor(s) | CHAPTER 13 CASE: 15-30328 HLB <br><br> **NOTICE OF PLAN COMPLETION AND REQUEST FOR DISCHARGE BY TRUSTEE** |

1. The debtor, KAMLA WATI SINGH, is entitled to a discharge in that the confirmed Chapter 13 plan in this case has been completed and all plan payments to be made to the Trustee and/or otherwise provided for under the plan have been made.

2. The debtor has filed a Debtor's Certification in Support of Discharge, which was served on all creditors and other interested parties requesting special notice stating:

    a. The Certification of Completion of Instructional Course Concerning Financial Management has been filed *or* the course was not completed pursuant to ____ 11 U.S.C. §1328(g)(2) or _____ court order.

    b. All domestic support obligations, as that term is defined in 11 U.S.C. §101(14A), that have become due under any order of a court or administrative agency or under any statute have been paid *or* the debtor did not have any domestic support obligations during the pendency of the case.

    c. All creditors and other interested parties requesting special notice were served with a statement by the debtor as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

3. If the debtor's statement re pending proceedings was filed in 2.c. above, the statement was filed thirty (30) or more days ago and either no hearing was requested or a hearing was held and the court found that discharge should not be delayed.

4. The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or a discharge in a case filed under Chapter 13 of this title during the 2-year period preceding the date of such order.

There having been no request for a hearing *or* a hearing was held and no delay in discharge was granted, the Trustee therefore requests that the Court enter a discharge order pursuant to 11 U.S.C. §1328.

Date: June 11, 2018                    David Burchard_____
                                                     David Burchard
                                                     Chapter 13 Trustee